1154 Union Avenue Corporation, Respondent, *v.*
Adolph Davis et al., Appellants.

(Argued October 11, 1928; decided October 26, 1928.)

*Frank F. Bergenfeld* and *Abraham Brill* for appellants.
*Winfred C. Allen* and *Emanuel van Dernoot* for
respondent.

no opinion.

Concur: Cardozo, Ch. J., Pound, Crane, Andrews,
Lehman, Kellogg and O'Brien, JJ.